IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>COSTA DORADA BEACH RESORT CORPORATION; PARADOR VISTAMAR CORPORATION<br>Defendants | CIVIL 12-1439CCC |

## JUDGMENT

This action having come before the Court, and default having been duly entered, it is ORDERED:

That judgment is entered in favor of the United States and against Costa Dorada Beach Resort Corporation pursuant to 26 U.S.C. Section 6632(d)(1) in the amount of $15,458.68, plus interest according to law;

That judgment is entered in favor of the United States and against Costa Dorada Beach Resort Corporation pursuant to the fifty percent penalty imposed under 26 U.S.C. Section 6632(d)(2) in the amount of $7,729.34, plus interest according to law;

That judgment is entered in favor of the United States and against Parador Vistamar Corporation pursuant to 26 U.S.C. Section 6632(d)(1) in the amount of $13,925.00, plus interest according to law; and

That judgment is entered in favor of the United States and against Parador Vistamar Corporation pursuant to the fifty percent penalty imposed under 26 U.S.C. Section 6632(d)(2) in the amount of $6,962.50, plus interest according to law.

SO ORDERED NAD ADJUDGED.

At San Juan, Puerto Rico, on August 31, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge